# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re:

BHROMTHONG, VANNI

Debtor(s)

Case No. 09-40207

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BARRY A. CHATZ, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
KENNETH S. GARDNER
CLERK OF THE COURT

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 09/29/2010 in Courtroom 642,
United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 08/10/2010       By: /s/ Barry A. Chatz, Trustee

*BARRY A. CHATZ*
*120 S. RIVERSIDE PLAZA*
*SUITE 1200*
*CHICAGO, IL 60606-0000*

UST Form 101-7-NFR (9/1/2009) (Page: 1)

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: dross                 Page 1 of 2                   Date Rcvd: Aug 20, 2010
Case: 09-40207                 Form ID: pdf006             Total Noticed: 48


The following entities were noticed by first class mail on Aug 22, 2010.
db          +Vanni Bhromthong,    2601 W. Catalpa Ave., #513,    Chicago, IL 60625-3158
aty         +Christina M Riepel,    Gregory K. Stern, P.C.,    53 West Jackson Blvd,    Suite 1442,
              Chicago, IL 60604-3536
aty         +Constantine Dean Matsas,    C  Dean Matsas & Associates, PC,    5153 N Broadway,
              Chicago, IL 60640-3000
aty         +Gregory K Stern,    Gregory K. Stern, P.C.,    53 West Jackson Blvd.,    Suite 1442,
              Chicago, IL 60604-3536
tr          +Barry A Chatz,    Arnstein & Lehr,    120 South Riverside Plaza Ste 1200,    Chicago, IL 60606-3910
15684188     American Express Centurion Bank,    POB 3001,    Malvern, PA 19355-0701
14635320    +Amex,   Po Box 297871,    Fort Lauderdale, FL 33329-7871
14635322    +Bank Of America,    Po Box 1598,    Norfolk, VA 23501-1598
14635323    +Centro Medico Digestivo,    3607 W. 26th Street,    Chicago, IL 60623-3937
14635324    +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
15824146     Chase Bank USA NA,    PO BOX 15145,    Wilmington, DE 19850-5145
14635325    +Chicago Emergency Physicians,    75 Remittance Drive, #1351,    Chicago, IL 60675-1351
14635326    +Chicago Imaging Associates,    36515 Treasury Center,    Chicago, IL 60694-6500
14635328    +Citi,   Po Box 6003,    Hagerstown, MD 21747-6003
14635327    +Citi,   Po Box 6241,    Sioux Falls, SD 57117-6241
14635329    +Collection Company Of,    700 Longwater Dr,    Norwell, MA 02061-1796
14635330    +David E. Nissan, MD,    5140 N. California,    Ste. 550,    Chicago, IL 60625-3660
14635332    +Dr. Freidoon Azizi,    POB 578220,    Chicago, IL 60657-8121
14635333     Dr. Jose Albisu,    850 N. Irving Park Road,    Chicago, IL 60613
14635334    +Dr. Manjeet Chawla,    850 W. Irving Park Road,    Chicago, IL 60613-3077
14635335    +Emergency Physicians,    POB 3475,    Toledo, OH 43607-0475
14635336    +Farhad Saed, MDSC,    POB 46140,    Chicago, IL 60646-0140
14635337    +First Federal Credit Control,    POB 20790,    Columbus, OH 43220-0790
14635338     Freedman Anselmo Lindberg&Rappe LLC,    1807 West Diehl Road,    Naperville, IL 60563-1890
14635340    +Hsbc Bank,   Po Box 5253,    Carol Stream, IL 60197-5253
14635341    +Jjill/Cbsd,   Po Box 6497,    Sioux Falls, SD 57117-6497
14635342    +Lake Shore Urology,    POB 798,    Park Ridge, IL 60068-0798
14635343    +Mcydsnb,   9111 Duke Blvd,    Mason, OH 45040-8999
14635344    +Merchants Cr,    223 W Jackson St,    Chicago, IL 60606-6993
14635345    +Merchants Credit Guide,    223 W Jackson Blvd Ste 4,    Chicago, IL 60606-6908
14635346    +Midwest Diagnostic Pathology,    75 Remittance DR, STE 3070,    Chicago, IL 60675-3070
14635347    +Monique Anawis, MD PC,    POB 87,    Hazel Crest, IL 60429-0087
14635349    +Quest Diagnostics,    POB 64804,    Baltimore, MD 21264-4804
14635350    +Target Nb,    Po Box 673,    Minneapolis, MN 55440-0673
14635351    +Thorek Hospital Billing,    2741 Paysphere Circle,    Chicago, IL 60674-0001
14635352    +Thorek Memorial Hospital,    850 W. Irving Park Road,    Chicago, IL 60613-3099
14635353    +UC Anesthesia LLC,    POB 486,    Lake Forest, IL 60045-0486
14635354    +United Collect Bur Inc,    5620 Southwyck Blvd Ste,    Toledo, OH 43614-1501
14635355    +Unvl/Citi,   Po Box 6241,    Sioux Falls, SD 57117-6241

The following entities were noticed by electronic transmission on Aug 20, 2010.
15437554      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 21 2010 01:46:07
               American Infosource Lp As Agent for,    Target,    PO Box 248866,    Oklahoma City, OK  73124-8866
14635321     +E-mail/Text: ACF-EBN@acf-inc.com                             Atlantic Crd,    P O Box 13386,
               Roanoke, VA 24033-3386
15708675      E-mail/PDF: rmscedi@recoverycorp.com Aug 21 2010 01:54:00
               Capital Recovery III LLC As Assignee of HSBC,    Care of Recovery Management Systems Corp,
               25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
15453866      E-mail/PDF: mrdiscen@discoverfinancial.com Aug 21 2010 02:15:32       Discover Bank,
               Dfs Services LLC,    PO Box 3025,    New Albany, Ohio  43054-3025
14635331     +E-mail/PDF: mrdiscen@discoverfinancial.com Aug 21 2010 02:15:32       Discover Fin Svcs Llc,
               Po Box 15316,    Wilmington, DE 19850-5316
15850144      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 21 2010 01:46:07
               Fia Card Services, NA/Bank of America,    by American Infosource Lp As Its Agent,    PO Box 248809,
               Oklahoma City, OK  73124-8809
14635339     +E-mail/PDF: gecsedi@recoverycorp.com Aug 21 2010 01:53:59       Gemb/L&T,    Po Box 981400,
               El Paso, TX 79998-1400
15438750     +E-mail/Text: bnc@nordstrom.com                              NORDSTROM fsb,    POB 6566,
               ENGLEWOOD CO 80155-6566
14635348     +E-mail/Text: bnc@nordstrom.com                              Nordstrom Fsb,    Po Box 6565,
               Englewood, CO 80155-6565
                                                                                              TOTAL: 9

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-1            User: dross                 Page 2 of 2                 Date Rcvd: Aug 20, 2010
Case: 09-40207                  Form ID: pdf006             Total Noticed: 48

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 22, 2010**                        **Signature:**   _Joseph Speetjens_