UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
BHROMTHONG, VANNI § Case No. 09-40207
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   BARRY A. CHATZ, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

   3) Total gross receipts of $          (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $          from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:    CHAPTER 7 ADMIN. FEES    AND CHARGES    (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER    ADMIN. FEES AND    CHARGES (from **Exhibit 5**) |  |  |  |  |
|    PRIORITY UNSECURED    CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)   This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5)   All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)   An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By: /s/BARRY A. CHATZ _____
                                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BARRY A. CHATZ | | | | | |
| BARRY A. CHATZ | | | | | |
| GREGORY K. STERN, P.C. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Amex Po Box 297871 Fort Lauderdale, FL 33329 | | | | | |
| | Amex Po Box 297871 Fort Lauderdale, FL 33329 | | | | | |
| | Atlantic Crd P O Box 13386 Roanoke, VA 24033 | | | | | |
| | Bank Of America Po Box 1598 Norfolk, VA 23501 | | | | | |
| | Centro Medico Digestivo 3607 W. 26th Street Chicago, IL 60623 | | | | | |
| | Centro Medico Digestivo 3607 W. 26th Street Chicago, IL 60623 | | | | | |
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chicago Emergency Physicians 75 Remittance Drive, #1351 Chicago, IL 60675 | | | | | |
| | Chicago Imaging Associates 36515 Treasury Center Chicago, IL 60694 | | | | | |
| | Citi Po Box 6003 Hagerstown, MD 21747 | | | | | |
| | Citi Po Box 6241 Sioux Falls, SD 57117 | | | | | |
| | Collection Company Of 700 Longwater Dr Norwell, MA 02061 | | | | | |
| | David E. Nissan, MD 5140 N. California Ste. 550 Chicago, IL 60625 | | | | | |
| | Discover Fin Svcs Llc Po Box 15316 Wilmington, DE 19850 | | | | | |
| | Dr. Freidoon Azizi POB 578220 Chicago, IL 60657 | | | | | |
| | Dr. Jose Albisu 850 N. Irving Park Road Chicago, IL 60613 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Dr. Manjeet Chawla 850 W. Irving Park Road Chicago, IL 60613 | | | | | |
| | Emergency Physicians POB 3475 Toledo, OH 43607 | | | | | |
| | Farhad Saed, MDSC POB 46140 Chicago, IL 60646 | | | | | |
| | First Federal Credit Control POB 20790 Columbus, OH 43220 | | | | | |
| | Freedman Anselmo Lindberg&Rappe LLC 1807 West Diehl Road Naperville, IL 60563-1890 | | | | | |
| | Gemb/L&T Po Box 981400 El Paso, TX 79998 | | | | | |
| | Hsbc Bank Po Box 5253 Carol Stream, IL 60197 | | | | | |
| | Jjill/Cbsd Po Box 6497 Sioux Falls, SD 57117 | | | | | |
| | Lake Shore Urology POB 798 Park Ridge, IL 60068 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Mcydsnb 9111 Duke Blvd Mason, OH 45040 | | | | | |
| | Mcydsnb 9111 Duke Blvd Mason, OH 45040 | | | | | |
| | Merchants Cr 223 W Jackson St Chicago, IL 60606 | | | | | |
| | Merchants Credit Guide 223 W Jackson Blvd Ste 4 Chicago, IL 60606 | | | | | |
| | Midwest Diagnostic Pathology 75 Remittance DR, STE 3070 Chicago, IL 60675 | | | | | |
| | Midwest Diagnostic Pathology 75 Remittance DR, STE 3070 Chicago, IL 60675 | | | | | |
| | Monique Anawis, MD PC POB 87 Hazel Crest, IL 60429 | | | | | |
| | Nordstrom Fsb Po Box 6565 Englewood, CO 80155 | | | | | |
| | Quest Diagnostics POB 64804 Baltimore, MD 21264 | | | | | |
| | Target Nb Po Box 673 Minneapolis, MN 55440 | | | | | |

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Thorek Hospital Billing 2741 Paysphere Circle Chicago, IL 60674 | | | | | |
| | Thorek Memorial Hospital 850 W. Irving Park Road Chicago, IL 60613 | | | | | |
| | UC Anesthesia LLC POB 486 Lake Forest, IL 60045 | | | | | |
| | United Collect Bur Inc 5620 Southwyck Blvd Ste Toledo, OH 43614 | | | | | |
| | Unvl/Citi Po Box 6241 Sioux Falls, SD 57117 | | | | | |
| 000005 | AMERICAN EXPRESS CENTURION BANK | | | | | |
| 000001 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000006 | CAPITAL RECOVERY III LLC AS ASSIGNE | | | | | |
| 000007 | CHASE BANK USA NA | | | | | |
| 000008 | CHASE BANK USA NA | | | | | |
| 000003 | DISCOVER BANK | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000004 | FARHAD SAED, MDSC | | | | | |
| 000009 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 000002 | NORDSTROM FSB | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 09-40207 SPS    Judge: SUSAN PIERSON SONDERBY | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|
| Case Name: | BHROMTHONG, VANNI | Date Filed (f) or Converted (c): | 10/26/09 (f) |
| | | 341(a) Meeting Date: | 12/11/09 |
| For Period Ending: | 12/31/10 | Claims Bar Date: | 07/19/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CASH ON HAND | 50.00 | 50.00 | DA | 0.00 | FA |
| 2. CHECKING ACCOUNT WITH HARRIS BANK CHICAGO, IL | 400.00 | 400.00 | DA | 0.00 | FA |
| 3. MISC. HOUSEHOLD GOODS | 400.00 | 400.00 | DA | 0.00 | FA |
| 4. MISC. WEARING APPAREL | 200.00 | 200.00 | DA | 0.00 | FA |
| 5. 2005 TOYOTA HIGHLANDER APPROX. 25,000 MILES | 14,225.00 | 14,225.00 | DA | 6,000.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 0.36 | FA |

|   |   |   |   |   |
|---|---|---|---|---|
| | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $15,275.00 | $15,275.00 | $6,000.36 | $0.00 |
| | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

WAITING FOR $0 BALANCE BANK STATEMENTS TO FILE FINAL ACCOUNT

Initial Projected Date of Final Report (TFR): 12/31/10     Current Projected Date of Final Report (TFR): 02/28/11

LFORM1

UST Form 101-7-TDR (10/1/2010) (Page: 11)

Ver: 16.01c

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 09-40207 -SPS | | Trustee Name: | BARRY A. CHATZ |
| --- | --- | --- | --- | --- |
| Case Name: | BHROMTHONG, VANNI | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******6498 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******4831 | | | |
| For Period Ending: | 12/31/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/21/10 | 5 | VANNI BHROMTHONG | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | 3,000.00 | | 3,000.00 |
| 05/28/10 | 5 | VANNI BHROMTHONG | | 1129-000 | 3,000.00 | | 6,000.00 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.01 | | 6,000.01 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.15 | | 6,000.16 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.15 | | 6,000.31 |
| 08/10/10 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.05 | | 6,000.36 |
| 08/10/10 | | Transfer to Acct #*******6618 | Final Posting Transfer | 9999-000 | | 6,000.36 | 0.00 |

|  |  |
| --- | --- |
| COLUMN TOTALS | 6,000.36    6,000.36    0.00 |
| Less: Bank Transfers/CD's | 0.00    6,000.36 |
| Subtotal | 6,000.36    0.00 |
| Less: Payments to Debtors | 0.00 |
| Net | 6,000.36    0.00 |

Page Subtotals    6,000.36    6,000.36

Ver: 16.01c

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-40207 -SPS | | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|---|
| Case Name: | BHROMTHONG, VANNI | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******6618  BofA - Checking Account |
| Taxpayer ID No: | *******4831 | | | |
| For Period Ending: | 12/31/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/10/10 | | Transfer from Acct #*******6498 | Transfer In From MMA Account | 9999-000 | 6,000.36 | | 6,000.36 |
| 09/29/10 | 003001 | BARRY A. CHATZ<br>120 S. RIVERSIDE PLAZA<br>SUITE 1200<br>CHICAGO, IL 60606 | Chapter 7 Compensation/Fees | 2100-000 | | 1,350.04 | 4,650.32 |
| 09/29/10 | 003002 | BARRY A. CHATZ<br>120 S. RIVERSIDE PLAZA<br>SUITE 1200<br>CHICAGO, IL 60606 | Chapter 7 Expenses | 2200-000 | | 18.50 | 4,631.82 |
| 09/29/10 | 003003 | GREGORY K. STERN, P.C.<br>53 WEST JACKSON BOULEVARD<br>SUITE 1442<br>CHICAGO, IL 60604 | Claim 000010, Payment 100.00000% | 3210-000 | | 1,345.00 | 3,286.82 |
| 09/29/10 | 003004 | American Infosource Lp As Agent for Target<br>PO Box 248866<br>Oklahoma City, OK 73124-8866 | Claim 000001, Payment 6.66225% | 7100-000 | | 306.40 | 2,980.42 |
| 09/29/10 | 003005 | NORDSTROM fsb<br>POB 6566<br>ENGLEWOOD CO 80155 | Claim 000002, Payment 6.66218% | 7100-000 | | 225.87 | 2,754.55 |
| 09/29/10 | 003006 | Discover Bank<br>Dfs Services LLC<br>PO Box 3025<br>New Albany, Ohio 43054-3025 | Claim 000003, Payment 6.66223% | 7100-000 | | 444.64 | 2,309.91 |
| 09/29/10 | 003007 | Farhad Saed, MDSC<br>POB 46140<br>Chicago, IL 60646 | Claim 000004, Payment 6.66304% | 7100-000 | | 13.48 | 2,296.43 |
| 09/29/10 | 003008 | American Express Centurion Bank<br>POB 3001 | Claim 000005, Payment 6.66236% | 7100-000 | | 186.57 | 2,109.86 |

Page Subtotals       6,000.36       3,890.50

Ver: 16.01c

LFORM24

UST Form 101-7-TDR (10/1/2010)  *(Page: 13)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-40207 -SPS | | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|---|
| Case Name: | BHROMTHONG, VANNI | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******6618 BofA - Checking Account |
| Taxpayer ID No: | *******4831 | | | |
| For Period Ending: | 12/31/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/29/10 | 003009 | Malvern, PA 19355-0701<br>Capital Recovery III LLC As Assignee of HSBC<br>Care of Recovery Management Systems Corp<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Claim 000006, Payment 6.66224% | 7100-000 | | 286.05 | 1,823.81 |
| 09/29/10 | 003010 | Chase Bank USA NA<br>PO BOX 15145<br>Wilmington, DE 19850-5145 | Claim 000007, Payment 6.66218% | 7100-000 | | 1,296.53 | 527.28 |
| 09/29/10 | 003011 | Chase Bank USA NA<br>PO BOX 15145<br>Wilmington, DE 19850-5145 | Claim 000008, Payment 6.66212% | 7100-000 | | 263.58 | 263.70 |
| 09/29/10 | 003012 | Fia Card Services, NA/Bank of America<br>by American Infosource Lp As Its Agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Claim 000009, Payment 6.66220% | 7100-000 | | 263.70 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 6,000.36 | 6,000.36 | 0.00 |
| Less: Bank Transfers/CD's | 6,000.36 | 0.00 | |
| Subtotal | 0.00 | 6,000.36 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 6,000.36 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account (Interest Earn - *******6498) | 6,000.36 | 0.00 | 0.00 |
| BofA - Checking Account - *******6618 | 0.00 | 6,000.36 | 0.00 |
| | 6,000.36 | 6,000.36 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals   0.00   2,109.86

Ver: 16.01c

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*

FORM 2

Page: 4

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 09-40207 -SPS | | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|---|
| Case Name: | BHROMTHONG, VANNI | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******6618  BofA - Checking Account |
| Taxpayer ID No: | *******4831 | | | |
| For Period Ending: | 12/31/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Money Market Account (Interest Earn - ********6498

BofA - Checking Account - ********6618

| | | | | | Page Subtotals | 0.00 | 0.00 |
|---|---|---|---|---|---|---|---|

Ver: 16.01c